1040

No. 71–5154. GOLDMAN v. CITY OF ST. LOUIS. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5198. GASKINS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 71–5358. IN RE JONES. C. A. 8th Cir. Certiorari denied.

No. 71–5361. BROWN v. HIRST. C. A. 4th Cir. Certiorari denied.

No. 71–5386. CRITTENDON v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 71–5476. OPPENHEIMER v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 71–5477. GRAY v. ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–5478. LARA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 71–5479. TODARO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5480. PROCTOR ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–5481. STEVENSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 71–5482. McCRAY v. UNITED STATES MARSHAL FOR THE DISTRICT OF KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–5485. KENDALL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.